USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/13/24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE HANDEL GROUP LLC & LAUREN
HANDEL ZANDER,

                          Plaintiffs,

          -against-

BETH HANDEL, SHIR NIR, ANDREW
YOUMANS, AGATA BIELICKI,
GABRIELLA JORDAN A/K/A
GABY JORDAN, OSNAT NISSANI, CASEY
SEIDENBERG, CHRISA ZINDROS-
BOYCE, TYREEK MOORE, SALLY
MAXWELL, ZACH MAXWELL,
HARRISON NIR, SOPHIE NIR, MARNIE
NIR and KIBBUTZ & CO. LLC,

                          Defendants.

24-CV-997 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on April 17, 2024, Defendants Agata Bielicki, Linda Colletta, Beth Handel,

Gabriella Jordan, Kibbutz & Co. LLC, Sally Maxwell, Zach Maxwell, Tyreek Moore, Marnie

Nir, Shir Nir, Osnat Nissani, Casey Seidenberg, and Chrisa Zindros-Boyce filed a Motion to

Dismiss, *see* Dkt. 40;

WHEREAS on April 17, 2024, Defendant Andrew Youmans filed a Motion to Dismiss,

*see* Dkt. 41; and

WHEREAS on May 10, 2024, Plaintiffs filed the First Amended Complaint, *see* Dkt. 53.

IT IS HEREBY ORDERED that Defendants' Motions to Dismiss are DENIED as moot

in light of Plaintiffs' Amended Complaint.

The Clerk of Court is respectfully directed to terminate the open motions at Dkts. 40 and

41.

**SO ORDERED.**

**Dated:   May 13, 2024**
**New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**