UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
THE HANDEL GROUP LLC and
LAUREN HANDEL ZANDER,

                    Plaintiffs,                    **24 Civ. No. 00997 (VEC)**

        -against-                        **PRE-SETTLEMENT
CONFERENCE ORDER**

BETH HANDEL *et al*,

                    Defendants.
------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

      This action is scheduled for a Pre-Settlement Conference Call for **Tuesday, June 11, 2024 at 11:00 a.m.**, to discuss the scheduling of and preparation for a Settlement Conference. The parties are directed to consult the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein.  Counsel are directed to join the conference via Microsoft Teams at the scheduled time.  **Please dial (646) 453-4442, Access Code: 335 653 240#.**

      **SO ORDERED.**

DATED:    New York, New York
               May 31, 2024

                                                               */s/ Gary Stein*
                                                           The Honorable Gary Stein
                                                           United States Magistrate Judge